UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Hon. Kathrine S. Hayden |
| v. : | Docket No. 16 CR00026-4 |
| PAUL MIL, : | |
| Defendant. : | CONSENT ORDER |

WHEREAS, on or about February 7, 2013, Defendant, Paul Mil, was arrested and released on a $250,000 secured bond;

WHEREAS, one of the two properties posted for said bail bond was Mil's personal residence, located at 203 Park Place, Springfield, NJ 07081;

WHEREAS Mil was sentenced on July 13, 2016 to a term of imprisonment and is desirous of transferring his ownership of his primary residence to his son;

WHEREAS, U.S. Probation and the government have no objection to the removal of said property as security for Mr. Mil's bail bond; it is therefore hereby ORDERED, ADJUDGED, AND DECREEECD THAT:

The restraint on Paul Mil's residence located at 203 Park Place in Springfield, NJ 07081 arising from the posting of said property as security for Mil's aforementioned bail is hereby VACATED and the Clerk is directed to remove any restraint on said property. All the other conditions of Mil's bail remain in place.

ORDERED this 1st day of August, 2016

HONORABLE KATHERINE S. HAYDEN
United States District Judge

1

The undersigned hereby consent to
the entry and form of this order:

PAUL J. FISHMAN
United States Attorney

By: *[signature]* /SP    Dated: 7/29/16
V. GRADY O'MALLEY
ANTHONY MOSCATO
Assistant United States Attorneys

*[signature]*    Dated: 7-27-16

NICHOLAS G. KAIZER, ESQ.
Attorney for Defendant Paul Mil